ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 24 2014

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| GEORGE LEE PASS (1)<br>RHONDA LONG (2) | 3-14CR-367-B |

## INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 846]

Between on or about May 27, 2014, and on or about July 9, 2014, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **George Lee Pass**, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

<u>Count Two</u>
Possession of a Controlled Substance with Intent to Distribute
[Violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

On or about May 27, 2014, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **George Lee Pass**, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

<u>Count Three</u>
Possession of a Controlled Substance with Intent to Distribute
[Violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

Between on or about September 2013, and September 2, 2014, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Rhonda Long**, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

## Forfeiture Notice
[21 U.S.C. § 853(a)]

Upon conviction for either of the offenses alleged in Counts One or Two of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **George Lee Pass**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense.

Upon conviction for either of the offenses alleged in Count Three of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Rhonda Long**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense.

A TRUE BILL

*Angela Beard*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*P.J. Meitl*
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

GEORGE LEE PASS  (1)
RHONDA LONG  (2)

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance

21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2
Possession of a Controlled Substance With Intent to Distribute

21 U.S.C. § 853(a)
Forfeiture

2 Counts

A true bill rendered

DALLAS _____ _Chgsta Bland_____ FOREPERSON

Filed in open court this ___24th___ day of September, 2014.

_____ Clerk

Warrant to be issued for RHONDA LONG only. Pass in federal custody.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
Magistrate Complaint # 3-14-MJ-610-BN Pending